UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THOMAS JOHNSON,

     Plaintiff,

v.                     Case No.:  2:22-cv-420-SPC-NPM

LEVEL 3 COMMUNICATIONS,
LLC,

     Defendant.

_____/

## ORDER[1]

Before the Court is Plaintiff's Response (Doc. 5) to the Court's Order to Show Cause (Doc. 4).  It appeared this case should have been filed in the Southern District.  So the Court directed Plaintiff to show cause why it should not be transferred.  Now, Plaintiff confirms the case was misfiled here and should be transferred.  The Court appreciates this quick, succinct response. We all make simple mistakes.  And counsel handled this matter as a lawyer should.  With that said, the Court transfers in the interest of justice.  *See* 28 U.S.C. § 1404(a) (setting out general transfer); *id.* at § 1406(a) (permitting transfer from court in wrong venue to district with proper venue).

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them.  The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

Accordingly, it is now

**ORDERED:**

1. This action is **TRANSFERRED**, and all deadlines set by this Court are **STAYED**.

2. The Clerk is **DIRECTED** to **TRANSFER** this action to the United States District Court for the Southern District of Florida, West Palm Beach Division.

3. The Clerk is **DIRECTED** to **MOOT** any pending motions and **TERMINATE** all deadlines that remain on the Fort Myers docket.

4. The Clerk is **DIRECTED** to **CLOSE** the Fort Myers case.

**DONE** and **ORDERED** in Fort Myers, Florida on July 14, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record